IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VINCE CHETTY, DENISE CHETTY, ANGELA GOVENDER,<br>*Plaintiffs* | § § § § § | |
| -vs- | § § | SA-23-CV-00344-XR |
| US MF LC RESIDENCES, LLC., ZRS MANAGEMENT, LLC., ERIC DELEON, MARIO ESQUIVEL, GLOBAL RESTORATION EMPLOYEE; ALADDIN ENVIRONMENTAL, INC., JOHN SPALTEN, BRITTANY GREEN, ALLSTATE INDEMNITY COMPANY, LESLIE FIELDS, ALLSTATE ADJUSTER;<br>*Defendants* | § § § § § § § § § § § § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs Vince Chetty, Denise Chetty, and Angela Govender shall take nothing by their claims against Defendants US MF LC Residences, LLC, ZRS Management, LLC, Eric DeLeon, Mario Esquivel, Aladdin Environmental, Inc., John Spalten, Brittany Green, Allstate Indemnity Company, and Leslie Fields, and their claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

**SIGNED** this 11th day of April, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE